United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SHAWN LAVAL SMITH,
Plaintiff,
v.
C. SMITH, et al.,
Defendants.

Case No. 26-cv-13524-RMI

**ORDER OF TRANSFER**

Re: Dkt. No. 2

This is a civil rights case brought *pro se* by a state prisoner. Plaintiff presents allegations pertaining to events that occurred at California State Prison, Los Angeles County. That facility is located in the Central District of California. The acts underlying this civil rights complaint occurred in the Central District and the named Defendants are located in the Central District. Venue, therefore, properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b). Accordingly, this case is **TRANSFERRED** to the United States District Court for the Central District of California. *See* 28 U.S.C. § 1406(a). The pending motion (dkt. 2) is **VACATED.**

**IT IS SO ORDERED.**

Dated: November 19, 2026

ROBERT M. ILLMAN
United States Magistrate Judge